THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Gillian Tracy Stupples | : | |
| Debtor | : | Chapter 13 |
| | : | Bankruptcy No.: 24-14367 |
| | : | |
| Wellspointe Group, LLC | : | AP No.: 25-00103-amc |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Gillian Tracy Stupples | : | |
| Defendant | : | |

### DEFENDANT GILLIAN TRACY STUPPLES' ANSWER TO WELLSPOINT GROUP, LLC's COMPLAINT BY FOR DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. § 727

Debtor Gillian Tracy Stupples responds to the complaint by Wellspointe Group, LLC, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted in part, denied in part. It is admitted with respect to the judgment. The judgment was a default judgment because I could not pay for a lawyer. It is denied with respect to the levy. The Sheriff did not levy on any of my property. The Sheriff levied only on the "window treatments", which is the landlord's property and not my property.

FEB 18 2025

1

9. Denied.

10. Denied.

11. Denied. No intention to omit or misrepresent.

12. Denied. I own very little and have been living without heat throughout both the 2023-2024 and the 2024-2025 winters due to minimal income.

13. Denied.

14. Denied.

15. Denied.

16. No answer required.

17. Admitted with respect to (a) the petition will be amended, Admitted with respect to (b), the petition will be amended to reflect the horse boarding income disclosed on Schedule I that is paid to Gillian Stupples directly.

18. No answer required.

19. Denied. Potten End LLC was a registered entity that never operated or had any revenue or bank accounts. The idea was dropped because I realized my injury was worse than I thought and I am not healthy enough to work.

20. Admitted. Potten End LLC was a registered entity that never operated or had any revenue or bank accounts. The idea was dropped because I realized my injury was worse than I thought and I am not healthy enough to work.

21. Admitted, with respect to registered address only. Everything else is denied.

22. Denied.

23. Denied. Potten End LLC was an idea that never went further than a registration with Pennsylvania.

24. Denied. Turning Point Designs is nothing more than a hobby where I buy yarn or ties at Goodwill Stores and make an occasional pommel pad or hat. I did not think of this occasional sewing as a business since it was rarely ever for money. The last item I sold was June 18, 2024 for $100, without deduction for costs of supplies and shipping. I think in 2024 I sold approximately $300 worth of items, without deduction for costs of supplies and shipping.

25. Admitted in part, denied in part. It is admitted that I did not disclose the very minimal sewing income on the statement of financial affairs. It is denied that I should put it on Schedule I. This is not recurring income and its negligible.

26. Admitted, with respect to a few photos posted on Facebook. It is denied there is any inventory. If an item is requested, I will make it. But this happens so infrequently as you can see from 2024 sales.

27. Denied. Not intentionally omitted as Turning Point Designs is not a registered business and a Facebook page based on a hobby.

28. No answer required.

29. Denied. Tack and saddle were sold to cover rent and buy basic food. Furthermore, I had listed a 17.5 CWD SEO2 3C 2014 on behalf of a then minor (now 18 years of age). The saddle was never mine. It was purchased at Rick's Heritage Saddlery in West Chester PA by the minor's father for approximately $3000. Now that the minor is 18 years old, the saddle is for sale on her own page.

30. No answer required.

31. Denied. The lease includes a house, a barn, and the land. I lived on the farm and so it made sense to call the lease residential. I am current on the lease despite no money for heat or groceries.

32. Denied. The income is accurate on Schedule I. There are spreadsheets of income and expenses that were created to produce the income on Schedule I. Debtor has been operating at a loss for well over a year.

33. Admitted. I am losing money monthly and so I reported a net income number. Amendment will be made to disclose gross income, without the substantial expenses to board, including but not limited to feed and my rent.

34. Admitted. The registered LLC was nothing but a paper filing with no assets and no income that did not go further than an idea. And Turning Point was a hobby that rendered $100 in revenue in the past eight months. However, both the LLC and the non-entity Turning Point will be disclosed in an amended statement of financial affairs.

35. Denied. The sheriff did not levy my property. Question number 10 in the statement in the financial affairs was answered correctly since no property was levied.

36. No answer required.

37. Denied. I was not served. I knew nothing of this lawsuit. According to the affidavit of service, a person by the name of Greg Stupples was served. Greg Stupples does not exist. I did not know I was a defendant in any lawsuit..

38. Denied. A fictitious person by the name of Greg Stupples was allegedly served, according to the affidavit. No Greg Stupples exists.

39. Denied. Debtor operated at a loss in 2023.

40. Denied. I forgot about this case. The schedules will be amended to reflect the creditor and the debt.

41. Denied. I have had contact with Peter Hicks and planned on paying Peter Hicks in the future. I misunderstood. The schedules will be amended to reflect the creditor and the debt.

42. Denied. In addition, deadlines are going to be extended so creditors will be afforded an opportunity to participate.

43. No answer required.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

**WHEREFORE**, Defendant Gillian Tracy Stupples respectfully requests that this Court deny the request for complaint by Wellspointe Group, LLC.

Date: 2/10/2025            By: [signature]