# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Gillian Tracy Stupples | : | |
| Debtor | : | Chapter 13 |
| | : | Bankruptcy No.: 24-14367 |
| | : | |
| Wellspointe Group, LLC | : | AP No.: 25-00103-amc |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Gillian Tracy Stupples | : | |
| Defendant | : | |

## STIPULATION TO EXTEND DEADLINES TO ALLOW DEBTOR
## TO FILE A RESPONSIVE PLEADING

NOW, this 11th day of February, 2025, it is hereby agreed and stipulated to between Plaintiff Wellspointe Group, LLC and Defendant Gillian Tracy Stupples, as follows:

1. The deadline for Debtor/Defendant to file an answer to the adversary complaint seeking denial of discharge under Section 727 was February 10, 2025.

2. Defendant intends to defend herself *pro se* and seeks extension of this deadline to file an answer to February 18, 2025 to account for mailing time.

3. The parties hereby agree that the Debtor/Defendant shall have until February 18, 2025 to file an answer to the complaint.


  /s/ Joseph Quinn                                         /s/ Richard N. Lipow
**Joseph Quinn, Esquire**                         **Richard N. Lipow**
Gillian Tracy Stupples                                 Attorney for Plaintiff
Debtor/Defendant

## **ORDER**

**NOW**, this 19th day of Feb., 2025, **IT IS HEREBY ORDERED** that the above Stipulation be approved and made an Order of this Court, with full force and effect thereof.

_____
**Ashely M. Chan**
Chief U.S. Bankruptcy Judge