### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**In re Gillian Tracy Stupples**                                    **Docket: 24-14367**

                                                                   **Chapter 7**
                                                                   ADV. PRO 24-103

Wellspointe Group, LLC
Plaintiff

       v.

Gillian Tracy Stupples
Defendant

### DECLARATION

This twenty-third day of April 2025, Richard N Lipow, Esquire, counsel for plaintiff

Wellspointe Group LLC and states and declares as follows:

1. He is in receipt of motions received from defendant Gillian Tracy Stupples in this case

   including a Motion pursuant to Rule 12(b)(6), a Motion with withdraw defendant's Motion

   pursuant to Rule 12(b)(6) and a Motion for pursuant to Rule 12(c) (hereafter "Motions").

2. The undersigned searched his email account for a notice from the Clerk for evidence of the

   filing of any of the Motions and has found that none were received.

3. The undersigned reviewed the docket in this matter and the docket for bankruptcy case 24-

   14367 for evidence of the filing of any of the Motions and has found that none were filed.


Dated: April 23, 2025                                   Respectfully,

                                                       /s/ Richard N Lipow
                                                       RICHARD N LIPOW
                                                       ATTORNEY FOR THE
                                                       PLAINTIFF
                                                       43 STONEHEDGE DR
                                                       GLENMOORE PA 19343
                                                       RICHARD@LIPOWLAW.COM
                                                       610-251-2500

Certification of Service

The undersigned certifies to the Court that he served a true and correct copy of the foregoing on defendant electronically at the time it was filed and by first class mail.


Respectfully submitted:

/S/ RICHARD N LIPOW

By_____
RICHARD N. LIPOW, ESQUIRE
ATTORNEY AT LAW
Attorney for Plaintiff